UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RENE MARQUEZ,

    Plaintiff,

v.                                      Case No: 2:15-cv-203-FtM-38CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION[1]

This matter comes before the Court upon review of the file. Plaintiff filed this action of March 30, 2015 seeking the Court's review of an Administrative Law Judge's decision regarding his entitlement to Social Security benefits. Doc. 1-1. For the reasons set forth below, the undersigned recommends that this action be dismissed for failure to prosecute.

On March 30, 2015, simultaneous with the Complaint, Plaintiff filed an Affidavit of Indigency, which the Court construed as a motion to proceed *In Forma Pauperis*. Doc. 2. The Court granted Plaintiff's motion to proceed *In Forma Pauperis* on April 2, 2015 and instructed Plaintiff to, within thirty (30) days from the date of the Order, prepare and forward the completed service documents, along with

---

[1] Failure to file written objections to the proposed findings and recommendations contained in this report within **fourteen (14)** days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **In order to expedite a final disposition of this matter, if the parties have no objection to this Report and Recommendation they promptly may file a joint notice of no objection.**

sufficient copies of the Complaint, to the Clerk for service by the United States Marshal.  *Id.* at 3.  The Order also cautioned Plaintiff that if he failed to provide these documents the Court would recommend that this action be dismissed.  *Id.*

When Plaintiff failed to comply with the Order, the Court issued an Order to Show Cause (Doc. 12) on June 22, 2015.  The Order directed Plaintiff to show cause in writing on or before July 6, 2015 as to why he failed to provide the completed service documents.  Doc. 12. Alternatively, Plaintiff was directed to pay the necessary filing fee by July 6, 2015.  *Id.*  To date, Plaintiff has not responded to the Order to Show Cause nor has he paid the requisite filing fee.

Although Plaintiff is proceeding *pro se*, he still is required to conform to the Federal Rules of Civil Procedure and Local Rules.  *See Dash v. Chasen*, 503 Fed. Appx. 791, 795 n.1 (11th Cir. 2013) (explaining that *pro se* litigants still are required to conform to procedural rules).  He also was cautioned that failure to comply with the Court's prior Orders within the time permitted would result in the Court recommending that this action be dismissed.

ACCORDINGLY, it is respectfully **RECOMMENDED:**

1. That this action be **DISMISSED without prejudice.**

2. That the Clerk be directed to close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of July, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record